IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| ANGELA HINES, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 6:18-cv-00007-DCC |
| THE E.I. DUPONT DE NEMOURS AND COMPANY LONG TERM DISABILITY PLAN, | ) |
| Defendant. | ) |

## **ORDER**

This matter is before the Court on the Parties' Joint Motion to Amend the Specialized ERISA Case Management Order in this matter. Having considered the motion and for good cause shown, it is **ORDERED** and **ADJUDGED** that:

1. The Parties' motion is **GRANTED**.

2. The ERISA Case Management Order is hereby amended, as follows:

    a. Joint Stipulation:             June 18, 2018

    b. Cross Memoranda For Judgment:  June 18, 2018

    c. Replies:                       June 25, 2018

**IT IS SO ORDERED**.

                                                 s/Donald C. Coggins, Jr.
                                                 The Honorable Donald C. Coggins, Jr.
                                                 United States District Judge

May 9, 2018
Spartanburg, South Carolina